IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Case No. 4:17CV3075 |
| v. | ) ) | **AMENDED DEFAULT JUDGMENT** |
| DARREL POTTHOFF, | ) ) | |
| Defendant. | ) ) ) | |

Pursuant to Fed. R. Civ. P. 55(b) and Rule 60(a), and the United States' Motion to Amend Judgment under Rule 60(a), Doc. No. 10, the Clerk hereby enters an amended default judgment on Count I of the United States' complaint, in the United States' favor, and against Darrel Potthoff in the amount of $266,389.20, plus interest under 26 U.S.C. § 6621 and other statutory additions accruing after August 23, 2017 until paid, for the federal income taxes reflected below:

| Tax Period Ending | Assessment Date | Tax | Balance as of August 23, 2017[1] |
|---|---|---|---|
| 12/31/2004 | 8/20/2007 | $24,649.00 | $29,842.63 |
| 12/31/2005 | 8/20/2007 | $10,724.00 | $25,617.83 |
| 12/31/2006 | 8/27/2007 | $35,013.00 | $65,099.22 |
| 12/31/2007 | 11/24/2008 | $36,509.00 | $59,171.78 |
| 12/31/2008 | 11/16/2009 | $63,026.00 | $86,657.74 |
| | | | **TOTAL: $266,389.20** |

DATED: August 25, 2017.

OFFICE OF THE CLERK

By: s/ Kristy Furey
    Deputy Clerk

---

[1] The balance due includes penalty assessments and accrued interest, less any payments and credits.